FILED

11/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT OF MONTANA

## Cause No. 23-0524

PROTECT THE CLEARWATER,

Plaintiff and Appellee,

vs.

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,
and L.H.C., INC.,

Defendants and Appellants.

## ORDER GRANTING APPELLANT L.H.C., INC.'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Upon consideration of Appellant L.H.C., Inc.'s ("LHC") unopposed motion seeking a 30-day extension of time to file its opening brief, and for good cause, the motion is GRANTED. Appellant LHC shall file its opening brief on or before December 28, 2023.

ELECTRONICALLY SIGNED AND DATED BELOW